UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DEC 14 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DUNCAN J. MCNEIL,<br><br>Respondent. | No. 05-80068<br><br>D.C. No. CV-05-145-JWS<br>District of Alaska<br><br>ORDER |

Before: GOODWIN, TASHIMA and FISHER, Circuit Judges

This court has reviewed the notice of appeal and accompanying documents filed September 30, 2005 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the appeal lacks merit, it shall not be permitted to proceed.

A certified copy of this order served on the district court for the District of Alaska shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

S:\PROSE\panelords\2005\12.05\December5\05-80068.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 27 2005

by: [signature]
Deputy Clerk